UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PAINTERS JOINT COMMITTEE, et al., )
                             Plaintiffs, )   Case No. 2:09-cv-00042-KJD-PAL
vs. )   **ORDER**
FRANKLIN DRYWALL, INC., )
                             Defendant. )

Before the court is an *Ex Parte* Application for Order Scheduling Judgment Debtor Examination and to Produce Documents (Dkt. #35).

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The *Ex Parte* Application for Order Scheduling Judgment Debtor Examination and to Produce Documents (Dkt. #35) is GRANTED.

2. Judgment Debtor Franklin Drywall, Inc., shall produce Philip J. Franklin, or one or more officers, directors or managing agents, or other persons who consent to testify on its behalf concerning the corporation's assets, and shall personally appear before this court on **March 23, 2010 at 9:00 a.m.** in Courtroom 3B and shall be sworn to tell the truth and give testimony at a subsequent judgment debtor examination.

3. Immediately after appearing before this court, Mr. Franklin or the person designated by the corporation who consents to testify on the corporation's behalf shall accompany judgment creditors' counsel and shall give sworn testimony at a judgment debtor examination in the offices of counsel for the judgment creditors, Christensen James & Martin at 7440 West Sahara Avenue, Las Vegas, Nevada 89117. The judgment debtor

   shall be examined with regard to the extent and location of judgment debtor's assets that may be available to the judgment creditors for the purpose of satisfying the judgment by confession entered by this court on or about January 29, 2010.

4.  The judgment debtor shall produce the following documents to counsel for the judgment creditors, Christensen James & Martin, care of Daryl E. Martin, Esq., on the date of the examination:

> Documents identifying real property, vehicles, bank deposits, and all other assets of Franklin Drywall, Inc., including information relating to financial accounts and monies owed to the judgment debtor by others.

5.  Judgment creditors shall personally serve the judgment debtor with a copy of this order and shall provide proof of service to the court **not less than fifteen days** before the judgment debtor examination.

Dated this 5th day of February, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE